**Order filed October 22, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00578-CV
_____

### DWAINE CAMPBELL, Appellant

### V.

### TOLA ORESUSI, Appellee

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1135091**

## O R D E R

Appellant's brief was due October 4, 2019**.** No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before **November 21, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Christopher, Spain, and Poissant.